Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Melvin Claudio　　　　　　　　　　　　　　　　　　**Case Number:** 1:19CR10297

**Name of Sentencing Judicial Officer:** Honorable David N. Hurd, U.S. District Judge for the Northern District of New York; Jurisdiction accepted in the District of Massachusetts on August 13, 2019

**Name of Assigned Judicial Officer:** To be assigned

**Date of Original Sentence:** April 04, 2019

**Original Offense:** Ct. 1: Transportation of an Alien, in violation of 8 USC §§ 1324(a)(1)(A)(ii), (a)(1)(B)(i)

**Original Sentence:** Time served (4 days of custody) followed by 36 months of supervised release

**Type of Supervision:** Supervised Release　　　　　**Date Supervision Commenced:** April 04, 2019

---

## NON-COMPLIANCE SUMMARY

**Violation Number　　　Nature of Noncompliance**

I.　　**Violation of Special Condition: You must perform 50 hours of community service. The site, schedule, and conditions shall be approved by the probation officer.**

Mr. Claudio commenced his three-year term of supervised release in the District of Massachusetts on April 4, 2019. To date he has failed to provide verification of any community service hours completed. He has informed the Probation Officer that he has completed approximately 32 hours that he needs to obtain verification of and send to the Probation Officer. As such, he maintains a balance of 50 community service hours left to perform.

U.S. Probation Officer Action:

The Probation Office respectfully requests no Court action at this time. Mr. Claudio's term of supervised release is due to expire on April 3, 2022. He has been put on notice and is aware of the requirement to complete his community service in advance of this date and the Probation Office will continue to work with him to ensure his compliance with this condition or otherwise notify the Court.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| */s/ Christopher Moriarty* | */s/ Erin Hennemann* |
| Christopher Moriarty | by  Erin Hennemann |
| Supervisory U.S. Probation Officer | U.S. Probation Officer |
| | Date:  11/23/2020 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

[xx]  Approved
[  ]  Submit a Request for Modifying the Conditions or Term of Supervision
[  ]  Submit a Request for Warrant or Summons
[  ]  Other

*Denise J. Casper*
Signature of Judicial Officer

November 30, 2020
Date